UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-80184-CR-HURLEY

UNITED STATES OF AMERICA,
    Plaintiff,

v.

DWAINE EASON,
    Defendant.
-------------------------------------------/

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

**THIS CAUSE** comes before the court upon written report from the United States Probation Office that the above named defendant violated the conditions of supervision and upon the Report and Recommendations of a United States Magistrate Judge, [DE 75], dated June 12, 2015. Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's Report and Recommendations are **adopted**.

2. A sentencing hearing will set by separate notice.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 18th day of June, 2015.

**copy furnished:**
AUSA Lothrop Morris
AFPD Kristy Militello
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge